JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rose Marie Flemming,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-00267-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 14) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 66-day extension of time, from November 4, 2021 to January 10, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's first request for an extension of time.  Good cause exists for this extension.  Counsel has recently received a greater number of Answers and Certified Administrative Records from defendant in cases in this district, and the

three other California Districts, each of which require settlement negotiations or merit briefing. Counsel has a greater than usual number of merit briefs due in November and December 2021. Thus, Counsel is requesting an extension through January 10, 2021 to accommodate the number of cases due. For the week of November 1, 2021, Counsel has nine merit briefs due. Counsel also has four administrative hearings before the Office of Hearings Operations. After that and for the remainder of November, Counsel has over 15 merit briefs, several letter briefs and replies, and over 15 administrative hearings. In December 2021, Counsel has over 13 merit briefs, several reply briefs and letter briefs, and several EAJA Motions. In additional, Counsel has received an increase in the number of AC denials which require a review for possible filing in US District Court. Lastly, Counsel has end of the year business reviews to conduct as the CEO of Peña & Bromberg, PC.

  Due to the increase in certified administrative records being filed by defendant, Counsel for Plaintiff has a larger than usual number of briefs due for the months of November and December 2021.

  Compounding the issue of an increased number of merit briefs due, Counsel has preplanned vacation days for the Thanksgiving and Christmas holidays. Counsel respectfully requests the Court granted the requested extension.

  Counsel for the Plaintiff does not intend to further delay this matter. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

          Respectfully submitted,

Dated:  October 28, 2021   PENA & BROMBERG, ATTORNEYS AT LAW

        By: */s/ Jonathan Omar Pena*
         JONATHAN OMAR PENA

Case 1:21-cv-00267-SKO    Document 15    Filed 11/05/21    Page 3 of 4

Attorneys for Plaintiff

Dated: October 28, 2021    PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  *_/s/ Chantal Jenkins_*
Chantal Jenkins
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on October 28, 2021)

3

## ORDER

Based upon the foregoing stipulation of the parties (Doc. 14), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including January 10, 2022, in which to file Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 13) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **November 4, 2021**          /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE